HENRY V. POOR, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 14261.   Promulgated April 23, 1928.

*John Drye, Jr., Esq.*, for the petitioner.
*A. S. Lisenby, Esq.*, for the respondent.

OPINION.

LITTLETON: The Board has heretofore had occasion to consider the question involved in this proceeding, wherein it was held that a taxpayer could not take as a deduction the loss of a gain which had not been reflected in income. *Charles A. Collin*, 1 B. T. A. 305; *J. Noble Hayes*, 7 B. T. A. 936.

The Board is of the opinion that the cases mentioned preclude the allowance of the deduction of the interest on the judgment herein claimed by petitioner.

*Judgment will be entered for the respondent.*